ACCEPTED
15-25-00040-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 4:44 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO.
<u>15-25-00040-CV</u>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 4:44:41 PM
CHRISTOPHER A. PRINE
Clerk

§
§
§
Disraeli Arnold § IN THE COURT OF APPEALS
(On behalf of father Curtis §
Arnold, Junior and daughter §
Faith Arnold of the Deceased) §
**Plaintiff,** § FIFTEENTH DISTRICT OF
§
versus AUSTIN, TEXAS

§
Sheriff Mike Griffis §
Ector County Sheriff's §
Office §
& §
Nurse Robin McCullough §
& §
Nurse Shelly James §
**Defendants,** §

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS FOR LACK OF JURISDICTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff (Appellant) Disraeli Arnold, and files this following in response to

Appellees' (Defendants)(Ector County Sheriff's Office, Nurse Robin McCullough, and Nurse

Shelly James) "MOTION TO DISMISS FOR LACK OF JURISDICTION":

### I.    MOTION TO DISMISS SHOULD BE DENIED

**A. Texas Rule of Appellant Procedure Rule 27a**

1. On 5/2/2025, both parties and their representatives conferred and agreed that a transfer to the

    Eleventh District Court of Appeals would be the better venue for this appeal.

2. If such appeal is improper for the Fifteenth Court of Appeals; Texas Rule of Appellant Procedure

    (Tex. R. App. P) 27a provides lawful remedies and none involves a dismissal.

3. The Fifteenth Court of Appeals still has appellate jurisdiction "over civil cases appealed from every county" (706 S.W. 3d at 832). The correct disposition of such an appeal is not to dismiss it – because that would be proper only if the Court lacked appellate jurisdiction altogether – but instead to transfer it "to another court with concurrent jurisdiction." (706 S.W. 3d at 833).

## II.    PRAYER

1. WHEREFORE, I, Disraeli Arnold, prays that the Fifteenth District Court of Appeals deny all portions of Appellees' "MOTION TO DISMISS FOR LACK OF JURISDICTION" that request a dismissal;

2. I, Disraeli Arnold, prays the Fifteenth District Court of Appeals consider the Appellees' alternative motion, which they have no objection, for a transfer to the Eleventh Court of Appeals in Eastland, Texas.

**Respectfully submitted,**

Dated: May 8, 2025

Disraeli Arnold
Phone #: 972-505-2911
825 Thousand Oaks
Hurst, Texas 76054
Email: Cantstopdiz@gmail.com

## CERTIFICATE OF SERVICE

I, Disraeli Arnold hereby certify that on the 8th day of May, 2025, I electronically served the foregoing using the Case Management/Electronic Case Files (*CM/ECF*) system which will send notification of such filing to Defendants and all counsel of record.

| | |
|---|---|
| Randall L. Rouse<br>Lynch, Chappell & Alsup, P.C.<br>300 North Marienfeld, Suite 700<br>Midland, TX 79701<br>(432) 683-3351<br>rrouse@lcalawfirm.com<br>Counsel for Defendants Ector County Sheriff's Office, Mike Griffis, Shelly James, and Robin McCullough | |
| | |
| | |
| | |

Disraeli Arnold

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100621602
Filing Code Description: Response
Filing Description: Response to Motion to Dismiss for Lack of Jurisdiction
Status as of 5/9/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steven Kiser | 11538550 | skiser@lcalawfirm.com | 5/8/2025 4:44:41 PM | SENT |
| Randall Rouse | 17324300 | rrouse@lcalawfirm.com | 5/8/2025 4:44:41 PM | SENT |
| Disraeli Arnold | | Cantstopdiz@gmail.com | 5/8/2025 4:44:41 PM | SENT |
| Veronica Armendariz | | VArmendariz@lcalawfirm.com | 5/8/2025 4:44:41 PM | SENT |